## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Dunham, | File No. 10-cv-3673-SRN-FLN |
| Plaintiff, | |
| v. | |
| Redline Recovery Services, LLC and Jason Paul Coones, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.


Dated: March 28, 2011       By: s/ Peter F. Barry
                                Peter F. Barry (License # 0266577)
                                Attorneys for Plaintiff
                                Barry & Slade., LLC
                                2021 East Hennepin Avenue, Suite 195
                                Minneapolis, MN  55413
                                (612) 379-8700
                                pbarry@lawpoint.com

                                    **BASSFORD REMELE**
                                    *A Professional Association*

Dated:  March 28, 2011       By s/ Susan E. Gustad
                                        Michael A. Klutho (License #186302)
                                        Susan E. Gustad (License # 0268008)
                                        Attorneys for Defendants
                                        33 South Sixth Street, Suite 3800
                                        Minneapolis, Minnesota  55402-3707
                                        Telephone:   (612) 333-3000
                                        Facsimile:     (612) 333-8829
                                        mklutho@bassford.com; sgustad@bassford.com